IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEMA LATRICE PARKER, <br> AIS #307399 | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 1:17-CV-310-WKW <br> [WO] |
| OZARK POLICE DEPT., *et al.*, | ) <br> ) | |
| Defendants. | ) | |

## **ORDER**

On May 16, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Plaintiff's claims against the Ozark Police Department are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The Ozark Police Department is DISMISSED as a Defendant in this action.

With respect to Plaintiff's claims against the remaining Defendants, this case is REFERRED back to the Magistrate Judge for further proceedings and determination or recommendation as may be appropriate.

DONE this 8th day of June, 2017.

                                /s/ W. Keith Watkins
                       CHIEF UNITED STATES DISTRICT JUDGE