IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEMA LATRICE PARKER, #307399, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:17-cv-310-ECM |
| | ) | (WO) |
| MICHAEL BRYAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On August 6, 2019, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice for Plaintiff's abandonment of her claims, her failure to prosecute to prosecute this action, and her failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 16th day of September, 2019.

                                  /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE